UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD DUBUISSON | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | JUDGE: |
| INDUSTRIAL ECONOMICS, INC. AND | * | MAGISTRATE: |
| RYAN TOLBERT | * | |

******************************************************************************

## COMPLAINT FOR DAMAGES

The Complaint of **RICHARD DUBUISSON**, a person of the full age of majority with respect represents:

**I.**

Defendant, **INDUSTRIAL ECONOMICS, INC.,** a foreign corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Defendant, **RYAN TOLBERT,** an individual residing in Alabama who performed business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs

of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**III.**

Jurisdiction of this Court is invoked under the diversity and general maritime law.

**VI.**

On or about November 23, 2015, **RICHARD DUBUISSON** was employed by **AIS, INC. OF MASSACHUSETTS** as a Jones Act Seaman working aboard a vessel owned and operated by defendant, **RYAN TOLBERT**.

**V.**

At all pertinent times hereto, defendant **INDUSTRIAL ECONOMICS, INC.** contracted with **RYAN TOLBERT** for use of his vessel for work to be performed by **INDUSTRIAL ECONOMICS, INC.** and **AIS INC. OF MASSACHUSETTS** pursuant to government contracts with NOAA.

**VI.**

On or about November 23, 2015, plaintiff **RICHARD DUBUISSON** experienced serious injuries to his lower back while performing work aboard the vessel owned and operated by **TOLBERT** and procured for the work by **INDUSTRIAL ECONOMICS, INC.**

**VII.**

On information and belief, plaintiff alleges that the cause of the above-described accident was the negligence of **INDUSTRIAL ECONOMICS, INC.** and **RYAN TOLBERT** in the following, non-exclusive respects:

a) Breach of a legally imposed duty of reasonable care owed by the Defendants to the plaintiff;

b) Failure to provide a reasonably safe place to work;

c) Failure to properly train and supervise plaintiff;

d) Failure to take any means or precautions for the safety of employees aboard the vessels, including plaintiff;

e) Creation and maintenance of an unseaworthy method of transportation;

f) Failure to provide minimum safety requirements;

g) Failure to provide adequate equipment for the job in question;

h) Failure to provide adequate personnel for the job in question;

i) Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**VIII.**

As a direct result of the negligence of the defendants, plaintiff **RICHARD DUBUISSON** is entitled to recover from the defendants reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

(1) Past, present and future physical, mental and emotional pain and suffering;

(2) Past, present and future loss of wages, fringe benefits and wage earning capacity;

(3) Past and future physical disability;

(4) Past, present and future medical expenses; and

(5) All other special and general damages as will be shown at the trial of this matter.

**IX.**

Plaintiff specifically alleges a claim for punitive damages against the defendants herein based upon General Maritime Law. This claim relates to any gross negligence of either defendant, as may be allowed under General Maritime Law.

**X.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** plaintiff prays that **INDUSTRIAL ECONOMICS, INC.** and **RYAN TOLBERT** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the plaintiff, **RICHARD DUBUISSON,** and against the defendants, **INDUSTRIAL ECONOMICS, INC.** and **RYAN TOLBERT** for all damages to which the plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

Respectfully submitted,

*/s/Megan C. Misko*

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101